IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES E. COX                                                                                           PLAINTIFF

        v.                          Civil No. 1:06-01075

KEN JONES; NURSE
DEBBIE HOWARD; and
UNION COUNTY, ARKANSAS                                                                DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

    James E. Cox filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on July 26, 2006. His complaint was filed in forma pauperis (IFP).

    Defendants have filed a motion for summary judgment (Doc. 16). To assist plaintiff in responding to the motion, a questionnaire was prepared and on June 15, 2007, I entered an order (Doc. 19) directing Cox to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

    The plaintiff's response to the questionnaire was to be returned by July 17, 2007. To date, the plaintiff has failed to respond to the questionnaire. The court's order and attached questionnaire have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders. Plaintiff has not informed the court of any change in his address.

    I therefore recommend Cox's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

    **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

    DATED this 1st day of August 2007.

                             /s/ Barry A. Bryant
                             BARRY A. BRYANT
                             UNITED STATES MAGISTRATE JUDGE