IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JAMES E. COX                                                                                    PLAINTIFF

VS.                                    Civil No. 06-CV-1075

KEN JONES; NURSE DEBBIE
HOWARD; and UNION COUNTY,
ARKANSAS                                                                                        DEFENDANT

## ORDER

Now on this 16th day of August, 2007, comes on for consideration the proposed findings and recommendations filed herein on August 1, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Cox's claims should be and are hereby dismissed on the grounds that he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**